1  AKIN GUMP STRAUSS HAUER & FELD LLP
   FRASER A. MCALPINE (SBN 248554)
2  LINDSAY E. GOINES (SBN 238998)
   580 California Street, Suite 1500
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501

5  Attorneys for Defendant
   THE TIMBERLAND COMPANY
6  (Correctly named and identified as Timberland Retail, Inc.)

7  MORRIS AND ASSOCIATES
   STEPHEN B. MORRIS (SBN 126192)
8  MARK C. HINKLEY (SBN 138759)
   444 West "C" Street, Suite 300
9  San Diego, California 92101
10 Telephone:    619-239-1300

11 Attorneys for Plaintiff
   DAVID LEE
12

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| DAVID LEE, an individual, on behalf of himself and on behalf of others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>THE TIMBERLAND COMPANY, a New Hampshire corporation conducting business in the State of California, and Does 1-100,,<br><br>Defendants. | Case No. C07 02367 JF<br><br>Arbitration Date: November 13, 2007<br><br>Judge:    Jeremy Fogel<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS:

1.      Pursuant to Counsel's stipulation under Civil Local Rule 16-8 and ADR Local Rule 3-5, ordered by the Court on August 27, 2007, the parties agreed to hold a private mediation by November 15, 2007. A private mediation was originally scheduled for November 13, 2007.

2. On September 17, 2007, the parties to this lawsuit filed a Joint Motion for Notice to Potential Class Members. The Court granted the motion on September 19, 2007. The agreed-upon notice was sent to all potential class members, who were Operations Managers who worked in Timberland stores during the past three years in stores similar in size to the stores where Lee worked as an Operations Manager. The deadline for opting in to the potential class was October 22, 2007. As of that date, twelve Operations Managers submitted consents to join the litigation to plaintiff's counsel. The parties have agreed that these consents are deemed effective on the date received by plaintiff's counsel. Two additional Operations Managers did not opt-in by the agreed-upon deadline; however Timberland agreed to include these two individuals in the potential class.

3. Lee and Timberland have exchanged data and information related to wage and work histories for the fourteen potential class members that have opted-in. Since that exchange of information, the parties have been engaging in productive discussions in an effort to resolve the claims of Lee and the opt-in plaintiffs.

4. Given this accelerated schedule, both parties agree that they need for additional time to assess the information in order to pursue settlement either with or without a mediator. Accordingly, private mediation schedule for November 13, 2007, is premature. Accordingly, the parties cannot comply with the November 15, 2007, ADR deadline.

5. The parties and the private mediator have agreed to reset the mediation for December 20, 2007, to allow the parties additional time to assess the relevant information and work toward an amicable resolution.

6. At present, a case management conference is scheduled for November 16, 2007. This was scheduled originally to occur after the November 15 ADR deadline. The parties request that the case management be rescheduled so that it will occur after the December 20, 2007, mediation, as originally contemplated.

1 | NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully
2 | request the Court to order as FOLLOWS:
3 |     1.    To extend the ADR deadline to December 31, 2007.
4 |     2.    To continue the November 16, 2007, case management conference until January 18,
5 | 2008.

Dated: Nov. 8, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By: *Fraser A. McAlpine* (signature)
Fraser A. McAlpine

Attorneys for Defendant
THE TIMBERLAND COMPANY
(Correctly named and identified as
Timberland Retail, Inc.)

Dated: Nov. 8, 2007

MORRIS AND ASSOCIATES

By: *Stephen B. Morris* (signature) by FAM with permission
Stephen B. Morris

Attorneys for Plaintiff
DAVID LEE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 12, 2007.

_____
United States District Judge
Jeremy Fogel


# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On November 7, 2007, I served the foregoing document(s) described as: STIPULATION AND PROPOSED ORDER EXTENDING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE on the interested party(ies) below, using the following means:

Stephen B. Morris  
Mark C. Hinkley  
MORRIS AND ASSOCIATES  
444 West C Street, Suite 300  
San Diego, California 92101

Walter Haines  
UNITED EMPLOYEES LAW GROUP  
65 Pine Avenue, #312  
Long Beach, CA 90802

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2007, at San Francisco, California.

HOLLY B. TOSCHI  
[Print Name of Person Executing Proof]                    [Signature]